1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur—Botein, P. J., Rabin, McNally and Stevens, JJ.

■ LYDIA E. RAMOS v. ROBERT R. RAMOS.— Motion for a stay granted unless by 12 o'clock noon on April 24, 1961 the defendant-appellant shall have paid the disbursements incurred by the plaintiff-respondent for printing the respondent's points on the said appeal. Concur—Botein, P. J., Rabin, McNally and Stevens, JJ.

■ In the Matter of ELEANOR K. FRIEDE et al. v. MAX H. FOLEY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant serves and files a notice of argument on or before April 27, 1961, for May 9, 1961, said appeal to be argued or submitted when reached. Concur—Botein, P. J., Rabin, McNally and Stevens, JJ.

■ WILLIAM M. HORNE v. OMAT CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 11, 1961, with notice of argument for May 23, 1961, said appeal to be argued or submitted when reached. Concur—Botein, P. J., Rabin, McNally and Stevens, JJ.

■ WILLIAM PACE v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION.— Motion to dismiss appeal granted, with $10 costs. Concur—Botein, P. J., Rabin, McNally and Stevens, JJ.

■ ROBERT COSTELLO et al., Infants, by Their Guardian ad Litem, STEVE COSTELLO, et al., v. CITY OF NEW YORK et al.— Motion for leave to appeal as poor persons granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellants' points, upon condition that the appellants serve one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellants' points on the attorneys for the defendants-respondents and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court. Concur—Botein, P. J., Rabin, McNally and Stevens, JJ.

■ DAVID GOLDSTEIN, an Infant, by MAX GOLDSTEIN, His Guardian ad Litem, et al., v. JOSE GONZALEZ.— Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal of plaintiffs' Exhibits II and III, on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur—Botein, P. J., Rabin, McNally and Stevens, JJ.

■ SHELLEY VORT v. STUART VORT.— Motion to dispense with printing denied. Concur—Botein, P. J., Rabin, McNally and Stevens, JJ.

■ JAMES MURRAY et al. v. JOHN KELLY et al. JACK ZIPKIN et al. v. DAVID KAPLAN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached. Concur—Botein, P. J., Rabin, McNally and Stevens, JJ.

■ In the Matter of ROBERT E. VOTTELER v. ROBERT E. HERMAN, as State Rent Administrator.— Motion for a stay granted upon condition that the petitioner deposit with the Clerk of the Municipal Court of the City of New York, Borough of Queens, Third District, within 10 days after service of a copy of the order entered herein, with notice of entry thereof, the sum of $500, together with an additional sum of $125 on the first day of each month thereafter, commencing June 1, 1961, pending the hearing and determination of the appeal, as security for the payment of any amount which may ulti-